**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| |
| **81001/81004/ 81015/81017/ 81132/81133/ 81135/81165**<br><br>Oball<br><br>(different sizes and colors)<br><br> |
| **10098**<br><br>Japan Blue 3 Rattle Oball |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10099**<br>Japan Orange 3<br>Rattle Oball |
| **10100**<br>Japan Pink 3<br>Rattle Oball |
| **10340**<br>4" Oball<br>Red/Yellow/<br>Green/Blue |

## Exhibit A

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 81005/81136/ 81137/81138 OBALL JELLIES  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 81030 <br><br> OBL ROLLIN' RAINSTICK <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81031/81117/ 81118/81119/ 81120** <br><br> OBALL RATTLE <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81035** <br><br> OBALL RATTLE <br> (inside) <br><br>  |
| **81045** <br><br> RHI OBALL <br> MINI <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81055** <br><br> OBL O-LINKS |
| **81056** <br><br> OBL O-LINKS |
| **81058** <br><br> OBL O-LINKS |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 81061<br><br>OBL OBALL BIGGIE<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81071** <br><br> RHI OBALL FOOTBALL <br><br>  |
| **81073** <br><br> OBL Oball Football <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81081** <br><br> RHI OBALL <br> & BAT <br><br>  |
| **81084** <br><br> RHI OBALL <br> & PADDLES <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81091**<br><br>OBL OBALL<br>2-in-1 ROLLER<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81101** <br><br> RHI SKY-O <br><br>  |
| **81157** <br><br> Pink Roller |
| **81158** <br><br> PINK RATTLE |
| **81161** <br><br> OBL Oball - Japan |
| **81163** <br><br> OBL Oball - Japan |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 81199<br><br>RHI<br>SKYBLASTER<br><br> |
| 81501<br><br>RHI BEEBO<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81503** <br><br> OBL <br> O-CHASER |
| **81504** <br><br> RHI BEEBO <br> MINI <br><br>  |
| **81505** <br><br> RHI BEEBO <br> MINI <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81548** |
| Pink 4" Oball with Rattle |
| **81552** |
| Pink Rainstick |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| |
| **10064**<br><br>Oball<br>Shape Sorter<br><br> |
| **10246**<br><br>Floating Oball<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10347** <br><br> Football with Rattle <br><br>  |
| **81106** <br><br> Anyway Stacker <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81107** <br><br> Oball Shaker <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81145**<br><br>Oball Soccer Ball<br><br> |
| **81514**<br><br>OBL<br>Wobble Bobble<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
|---|
| **81538** <br><br> Fill and Strain Cups <br><br>    |

## Exhibit A

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| |
| **81142**<br><br>Oball<br>Rattle – Pooh<br><br> |
| **81143**<br><br>Oball<br>Rattle – Mickey<br><br> |

<u>Exhibit A</u>
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 81144 <br><br> Oball <br> Rattle- Minnie <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| |
| **10063**<br><br>Oball Jingle<br>& Shake Pal<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10065** Grab 'n Splash Turtle  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10067**<br><br>Oball Scoop<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10068**<br><br>Tubby<br>Scoop Friends<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10093**<br><br>Oball Pink<br>Rattle & Roll Car<br><br> |
| **10094**<br><br>Oball Pink<br>Rattle & Roll Buggy<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10095**<br><br>Oball Pink Rollie Rattles Lion<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10096** |
| Oball Pink Rollie Rattles Elephant |



**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10311** <br><br> Oball Go Grippers Vehicle Assortment <br><br>    <br>    |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10312**<br><br>Oball Go Grippers Dump Truck<br><br> |

**Exhibit A**
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| 10313<br><br>Oball Go<br>Grippers Loader<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10314** <br><br> Oball Go Grippers Car Carrier <br><br>  |

<u>Exhibit A</u>
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10315** |
| Oball Go Grippers Bounce N' Zoom Speedway |



**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10556** <br><br> Oball O-Copter <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10637** <br><br> Grasp & Splash <br> Gift Set <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
|:---:|
| **10784**<br><br>Oball<br>Go Grippers<br>3-Pack Pink Car Set<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **10864**<br><br>Oball Go Grippers Vehicle Race Car 3-Pack<br><br><br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name | Product Classification | Explanation of Product Classification | Approx. Date Sales Commenced | Disputed? |
|---|---|---|---|---|
| **52114**<br><br>Bright Starts / Oball Mixed Half Pallet<br><br> | Combined Product | This royalty rate, as reflected in royalty reports provided to Defendants, was assented to by Mr. Silverglate in communications with Mr. Joe Staley. | October, 2013 | Disputed |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **60265**<br><br>Obounce<br>Activity Center<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **60550**<br><br>Activity Center – CR<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
|:---:|
| **60682** <br><br> Obounce <br> Activity Center <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **60714**<br><br>Obounce Activity Center- BounceOBunch<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81174** <br><br> Rattle, Roll & Spin Gift Set <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81510**<br><br>OBL Rattle & Roll<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81517**<br><br>OBL Rollie Rattles<br><br> |

**<u>Exhibit A</u>**
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81518**<br><br>OBL Click, Slide<br>& Twist Gift Set<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81519**<br><br>OBL Slide, Rattle, & Roll Gift Set<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81525**<br><br>Play-A-Lot<br>Activity Gym<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81529**<br><br>Suction Cup Toy<br>(Grip & Play)<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81531** O Play Activity Gym  |
| **81532** Play-O-Lot Activity Gym  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81533**<br><br>Roarin' & Rollin'<br>Gift Set<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81534**<br><br>Oball Favorites<br>Gift Set<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81536** <br><br> Flex n Go Activity Arch (Stroller Arch) <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81539**<br><br>Oball Bath Submarine<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81549**<br><br>Pink Rattle<br>& Roll Cars<br><br><br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81550** <br><br> Pink Rollie Rattles <br><br>  <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81551** <br><br> Pink Grip & Play <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
|---|
| **81553**<br><br>Oball Bath<br>Duck Assortment<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| :---: |
| **81558**<br><br>Rattle & Roll<br>Buggy<br><br> |
| **81559**<br><br>Rattle & Roll<br>Car<br><br> |

**<u>Exhibit A</u>**
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81560**<br><br>Rollie Rattles Elephant<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81561** <br><br> Rollie Rattles Lion <br><br>  |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
|  |
| **81154**<br><br>OBL<br>Twist-O-Round<br><br> |
| **81506**<br><br>OBL 12<br>Linky Loops |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81508**<br><br>OBL<br>Clickity Twist<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81509**<br><br>OBL SLIDING SPIRALS CHASER<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81511**<br><br>OBL FLEXILOOPS<br><br> |
| **81512**<br><br>OBL Flex & Slide |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)

Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81522**<br><br>OBL Roar-o-Rattle<br><br> |

**Exhibit A**

*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| SKU & Product Name |
| --- |
| **81523** OBL Grip & Teethe Keys  |

**<u>Exhibit A</u>**
*GOT I, LLC et al. v. XRT, Inc. et al.*, No. 1:16-cv-38-WSD (N.D. Ga.)
Identification as to whether products are subject to the Royalty Agreement

| **SKU & Product Name** |
| :---: |
| **81526**<br><br>OBL Flexiloops<br><br> |