**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GOT I, LLC and KIDS II, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> XRT, INC. and DAVID EUGENE SILVERGLATE, <br><br>    Defendants. | Civil Action No. 1:16-CV-00038-WSD |

**PLAINTIFFS' NOTICE OF FILING**

Plaintiffs GOT I, LLC and Kids II, Inc. ("Plaintiffs") by and through its undersigned counsel, respectfully request permission to file the attached documents under seal:

1. Plaintiffs' Summary of Outstanding Discovery Disputes
2. Exhibit A-D

Plaintiffs shall follow this filing with a motion for leave to maintain seal, pursuant with this Court's local rules.

This 6th day of January, 2017.

                                                              Respectfully submitted,

                                                              */s/ Ruben J. Rodrigues*

Matthew B. Lowrie (*pro hac vice*)
Matthew A. Ambros (*pro hac vice*)
Ruben J. Rodrigues (*pro hac vice*)
Lucas I. Silva (*pro hac vice*)
Ellen T. Wong (*pro hac vice*)
Joel T. Diamond (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
mlowrie@foley.com
mambros@foley.com
rrodrigues@foley.com
ewong@foley.com
jdiamond@foley.com

Wesley A. Roberts
Dan R. Gresham
Scott P. Amy
THOMAS HORSTEMEYER, LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339-5029
Telephone: (770) 933-9500
Facsimile: (770) 951-0933
wesley.roberts@thomashorstemeyer.com
dan.gresham@thomashorstemeyer.com
scott.amy@thomashorstemeyer.com

*Attorneys for Plaintiffs*
*GOT I, LLC and Kids II, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GOT I, LLC and KIDS II, INC., <br><br> Plaintiffs, <br><br> v. <br><br> XRT, INC. and DAVID EUGENE SILVERGLATE, <br><br> Defendants. | Civil Action No.: 1:16-CV-00038-WSD |

**CERTIFICATE OF SERVICE**

This is to certify that on this day I filed the foregoing **NOTICE OF FILING** using the Court's CM/ECF system which will automatically send notice of the filing to all counsel of record.

Dated: January 6, 2017

                                                         _/s/ Ruben J. Rodrigues_