# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**GOT I, LLC and KIDS II, INC.,**

    **Plaintiffs,**

v.

**XRT, INC. and DAVID EUGENE SILVERGLATE,**

    **Defendants.**

1:16-cv-38-WSD

## ORDER

On January 10, 2017, the Court held a global discovery dispute conference. During the conference, the Court indicated it would require the parties to provide a joint submission regarding the products at issue. To facilitate the Court's and the parties' understanding of the matters in issue in this litigation,

**IT IS HEREBY ORDERED** that the parties shall, on or before January 20, 2017, submit to the Court a joint submission containing a chart[1] with the following information in the following order:

---

[1] The chart format attached to Defendants' fact disclosure [101] is a useful general format.

1. "Existing Products" that are not disputed;

2. "Existing Products" that are disputed. For each disputed product, each party shall briefly state its position with respect to the dispute;

3. "Newly-Developed Products" that are not disputed;

4. "Newly-Developed Products" that are disputed. For each disputed product, each party shall briefly state its position with respect to the dispute;

5. Products for which the parties dispute whether the product is an "Existing Product," a "Newly-Developed Product," or neither. For each such product, the parties shall identify the product and briefly state their position regarding the category in which it falls, why it falls into the stated category, or why it does not fall under the Royalty Agreement.

**SO ORDERED** this 10th day of January, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE