# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GOT I, LLC and KIDS II, INC., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs. ) | FILE NO. 1:16-CV-00038-WSD |
| ) | |
| XRT, INC. and DAVID EUGENE ) | **CONFIDENTIAL** |
| SILVERGLATE, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |
| ) | |

## JOINT SUBMISSION

Plaintiffs GOT I, LLC and Kids II, Inc. and Defendants XRT, Inc. and Mr. David Eugene Silverglate (collectively the "Parties") hereby provide the Court with the following Joint Submission in accordance with the Court's order of January 10th, 2017. Charts classifying products in accordance with the Court's order may be found below, while a description of each parties' position on disputed products is attached as Exhibit A (and referenced in the charts below).

**Note by Plaintiffs:** This filing has been prepared in a format proposed by Defendants. Pursuant to the Court's instructions, Plaintiffs suggested preparing a simpler filing that briefly stated each parties' position with respect to each product (e.g. a sentence). Defendants however insisted on a more detailed filing with factual and legal contentions.

| | 1. "Existing Products" that are not disputed | | | | | |
|---|---|---|---|---|---|---|
| SKU | Product Name | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class. | XRT: Royalty Owed |
| 81001 81004 81024 81061 | Oball (different sizes and colors) | | Existing | ■ | Existing | ■ |
| 81005 | Oball Jellies | | Existing | ■ | Existing | ■ |
| 81030 | Oball Rainstick | | Existing | ■ | Existing | ■ |
| 81031 | Oball with Rattles | | Existing | ■ | Existing | ■ |
| 81035 | Oball with Rattle (inside) | | Existing | ■ | Existing | ■ |
| 81055 81056 81058 | O-Links | | Existing | ■ | Existing | ■ |
| 81071 81073 | Oball Football | | Existing | ■ | Existing | ■ |
| 81081 | Oball Bat & Ball | | Existing | ■ | Existing | ■ |

| 1. "Existing Products" that are not disputed | | | | | | |
|---|---|---|---|---|---|---|
| SKU | Product Name | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class. | XRT: Royalty Owed |
| 81084 | Oball Paddle & Ball | | Existing | ■ | Existing | ■ |
| 81091 | Oball Roller | | Existing | ■ | Existing | ■ |
| 81101 | Sky-O | | Existing | ■ | Existing | ■ |
| 81199 | Sky Blaster | | Existing | ■ | Existing | ■ |
| 81501 81503 | O-Slider/Beebo (multiple sizes) | | Existing | ■ | Existing | ■ |

| | 2. "Existing Products" that are disputed | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class. | XRT: Royalty Owed | Detail |
| 81142 | Oball Rattle-Pooh | | Existing (subject to 3rd Party License under § 2(c).) | ■ | Existing | ■ | Ex. A at 1 |
| 81143 | Oball Rattle – Mickey | | Existing (subject to 3rd Party License under § 2(c).) | ■ | Existing | ■ | Ex. A at 2 |
| 81144 | Oball Rattle-Minnie | | Existing (subject to 3rd Party License under § 2(c).) | ■ | Existing | ■ | Ex. A at 3 |

|  | 3. Newly Developed Products that are not disputed. |
|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class. | XRT: Royalty Owed |
| 10064 | Oball Shape Sorter | | Newly Dev. | ■ | Newly Dev. | ■ |
| 81106 | Oball Anyway Stacker | | Newly Dev. | ■ | Newly Dev. | ■ |
| 81107 | Oball Shaker | | Newly Dev. | ■ | Newly Dev. | ■ |
| 81145 | Oball Soccer Ball | | Newly Dev. | ■ | Newly Dev. | ■ |
| 81514 | Oball Wobble Bobble | | Newly Dev. | ■ | Newly Dev. | ■ |
| 81538 | Bath Pour and strain | | Newly Dev. | ■ | Newly Dev. | ■ |

| 10246 | Floating Oball | | Newly Dev. | ■ | Newly Dev. | ■ |
|---|---|---|---|---|---|---|

---

[1] Kids II's Position:  Kids II has informed XRT that it is in the process of correcting any underpayment for this product.

| 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 10063 | Oball Jingle & Shake Pal | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 44 |
| 10065 | Grab 'n Splash Turtle | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 41 |
| 10067 | Oball Scoop | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 42 |
| 10068 | Tubby Scoop Friends | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product | ■ | Ex. A at 43 |
| 10093 10094 | Oball Pink Rattle & Roll Car/Buggy | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 35 |

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 10095 | Oball Pink Rollie Rattles Lion | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 32 |
| 10096 | Oball Pink Rollie Rattles Elephant | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 33 |
| 10311 | Oball Go Grippers Vehicle Assortment | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 47 |
| 10312 | Oball Go Grippers Dump Truck | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 48 |
| 10313 | Oball Go Grippers Loader | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 49 |
| 10314 | Oball Go Grippers Car Carrier | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 54 |

| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
|---|---|---|---|---|---|---|---|
| 10315 | Oball Go Grippers Bounce n' Zoom Speedway | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 50 |
| 10347 | Football with Rattle | | Newly Developed Product (Agmt §1(j)) | ■ | Existing Product (Agmt §1(i)) | ■ | [K2 paid .40%] |
| 10556 | Oball O-Copter | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 55 |
| 10637 | Grasp & Splash Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 45 |
| 10735 | Oball Go Grippers Towtruck | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 56 |

---

[2] Kids II's Position: Kids II has already corrected any underpayment for this product in Royalty Reports that XRT has refused to accept and which are being placed into escrow.

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 10736 | Oball Go Grippers Steam Roller | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 57 |
| 10784 | Oball Go Grippers 3-Pack Pink Car Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 51 |
| 10806 | Oball Rattling Rocket | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 58 |
| 10807 | Oball Grasp & Teethe Teether | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 59 |
| 10853 | Oball Bounce With Me | | Newly Developed Product (Agmt §1(j)) | ■ | Existing Product (Agmt §1(i)) | ■ | Ex. A at 60 |

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 10864 | Oball Go Grippers Vehicle Race Car 3-Pack | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 52 |
| 10929 | Oball Go Grippers Vehicle 2-Pack | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 53 |
| 11135 | Oball Splash Essentials Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 61 |
| 10809 | Oball Boat | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 62 |
| 60265 | Obounce Activity Center | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 8 |
| 60550 | Activity Center - CR | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 36 |

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 60682 | Activity Center | | Combined Product (Agmt §2(b)) | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 31 |
| 60714 | Obounce Activity Center - BounceObunch | | Combined Product (Agmt §2(b)) | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 27 |
| 81154 | Oball Twist-O-Round | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 9 |
| 81174 | Rattle, Roll & Spin Gift Set | | Combined Product (Agmt §2(b)) | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 37 |
| 81506 | Oball 12 Linky Loops | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex A at 10 |

| 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81508 | Oball Clickity Twist | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 11 |
| 81509 | Oball Sliding Spirals Chaser | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 12 |
| 81510 | Oball Rattle & Roll | | Combined Product (Agmt §2(b)) | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex A at 46 |
| 81511 | Oball Flexiloops | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex A at 13 |
| 81512 | Oball Flex & Slide | | Not Subject to Royalty Agreement | ▮ | Newly Developed Product (Agmt §1(j)) | ▮ | Ex. A at 14 |

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81517 | Oball Rollie Rattles | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 7 |
| 81518 | Oball Click Slide & Twist Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 5 |
| 81519 | Oball Slide, Rattle, & Roll Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 6 |
| 81522 | Oball Roar-O-Rattle | | Not Subject to Royalty Agreement | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 15 |
| 81523 | Oball Grip & Teethe Keys | | Not Subject to Royalty Agreement | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 16 |

| | 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81525 | Play-O-Lot Activity Gym | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 17 |
| 81526 | Oball Flexiloops | | Not Subject to Royalty Agreement | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 18 |
| 81529 | Suction Cup Toy (Grip & Play) | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 26 |
| 81531 | O Play Activity Gym | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A 19 |

| 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81532 | Play-O-Lot Activity Gym | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 20 |
| 81533 | Roarin' & Rollin' Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 21 |
| 81534 | Oball Favorites Gift Set | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 22 |
| 81536 | Flex n Go Activity Arch | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 34 |
| 81539 | Oball Bath Submarine | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 40 |

| 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81549 | Pink Rattle & Roll Car/ Buggy | | Combined Product (Agmt §2(b)) | ▅ | Newly Developed Product (Agmt §1(j)) | ▅ | Ex. A at 30 |
| 81550 | Pink Rollie Rattles | | Combined Product (Agmt §2(b)) | ▅ | Newly Developed Product (Agmt §1(j)) | ▅ | Ex. A at 28 |
| 81551 | Pink Grip & Play | | Combined Product (Agmt §2(b)) | ▅ | Newly Developed Product (Agmt §1(j)) | ▅ | Ex. A at 29 |
| 81553 | Oball Bath Duck Assortment | | Combined Product (Agmt §2(b)) | ▅ | Newly Developed Product (Agmt §1(j)) | ▅ | Ex. A at 39 |

| 4. Products for which the parties dispute whether the product is an "Existing Product," a "Newly Developed Product," or neither. | | | | | | | |
|---|---|---|---|---|---|---|---|
| SKU | Product | Image | K2: Product Class. | K2: Royalty Owed | XRT: Product Class | XRT: Royalty Owed | Detail |
| 81558 81559 | Rattle & Roll Car/Buggy | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 23 |
| 81560 | Rollie Rattles Elephant | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A at 24 |
| 81561 | Rollie Rattles Lion | | Combined Product (Agmt §2(b)) | ■ | Newly Developed Product (Agmt §1(j)) | ■ | Ex. A 25 |