# EXHIBIT A - DETAILS OF DISPUTED PRODUCTS

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81142<br><br>Oball Rattle - Pooh<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81143<br><br>Oball Rattle - Mickey<br><br> | ██████████████<br>██<br><br>████████████████████████████<br>███████████<br><br>████████████████████████████<br>█████████<br><br>███████████████████████████<br>█<br><br>█████████████████████████████<br>████ | ███████<br><br>██████████████████████████████<br>██████████<br><br>██████████████████████████████<br>█████████ |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81144<br><br>Oball Rattle – Minnie<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10347<br><br>Football with Rattle<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81518<br><br>Oball Click, Slide & Twist Gift Set<br><br> | | |

81519

Oball Slide, Rattle, &
Roll Gift Set



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81517<br>Oball Rollie Rattles |  | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 60265<br><br>Obounce Activity Center<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81154<br><br>Oball Twist-O-Round<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81506<br><br>Oball 12 Linky Loops<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81508<br><br>Oball Clickity Twist<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81509 Oball Sliding Spirals Chaser  | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81512<br><br>Oball Flex & Slide |  | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81522<br><br>Oball Roar-O-Rattle<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81523<br><br>Oball Grip & Teethe Keys<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81525<br><br>Play-O-Lot Activity Gym<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81526<br><br>Oball Flexiloops<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81531<br><br>O Play Activity Gym<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81532<br><br>Play-O-Lot Activity Gym<br><br> | | |

81533

Roarin' & Rollin' Gift
Set



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81534<br><br>Oball Favorites Gift Set<br><br> | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81560 Rollie Rattles Elephant | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81561<br><br>Rollie Rattles Lion | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81529<br><br>Suction Cup Toy (Grip & Play)<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 60714<br><br>Obounce Activity Center – BounceObunch<br><br> | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81550<br><br>Pink Rollie Rattles | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81549<br><br>Pink Rattle & Roll Cars |  | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 60682  | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10095<br><br>Oball Pink Rollie Rattles Lion | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10096<br><br>Oball Pink Rollie Rattles Elephant<br><br> | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10093<br>10094<br><br>Oball Pink Rattle & Roll Car/Buggy |  | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 60550<br><br>Activity Center - CR<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|



81174

Rattle, Roll & Spin Gift Set

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|





| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81553<br><br>Oball Bath Duck Assortment | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 81539<br><br>Oball Tubmarine<br><br> | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10067<br><br>Oball Scoop<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10068<br><br>Tubby Scoop Friends<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10063 Oball Jingle & Shake Pal | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10637<br><br>Grasp & Splash Gift Set | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|





| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10311<br><br>Oball Go Grippers Vehicle Assortment | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10312<br><br>Oball Go Grippers Dump Truck<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10313<br><br>Oball Go Grippers Loader<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10315<br><br>Oball Go Grippers Bounce n' Zoom Speedway | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10784<br><br>Oball Go Grippers 3-Pack Pink Car Set | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10864<br><br>Oball Go Grippers Vehicle Race Car 3-Pack | | |



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10929<br><br>Oball Go Grippers Vehicle 2-Pack<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10314<br><br>Oball Go Grippers Car Carrier |  | |





| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10735<br><br>Oball Go Grippers Towtruck | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|



| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10806<br><br>Oball Rattling Rocket<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10807<br><br>Oball Grasp & Teethe Teether<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10853<br><br>Oball Bounce With Me<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 11135<br><br>Oball Splash Essentials Gift Set<br><br> | | |

| Product SKU and description | XRT Basis for Classification | Kids II's Basis for classification |
|---|---|---|
| 10809<br><br>Oball Boat<br><br> | | |